1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY JAMES DEROSSETT, JR., | ) | No. C 10-4886 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| CORRECTIONAL TRAINING FACILITY, | ) | |
| Defendant. | ) | |

On October 28, 2010, Plaintiff, currently housed at the Correctional Training Facility, and proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 30, 2011, Plaintiff filed a notice of voluntary dismissal. Plaintiff may voluntarily dismiss his complaint without order of this Court if he files his notice before Defendants serve an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(i); *American Soccer Co. v. Score First Enters.*, 187 F. 3d 1108, 1110 (9th Cir. 1999) (noting that a plaintiff has an "absolute right" to dismiss his action voluntarily before defendant serves an answer or a motion for summary judgment). Accordingly, this action is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED:    4/11/11

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\DeRossett886voldis.wpd