IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY JAMES DEROSSETT, JR., | ) | No. C 10-4886 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CORRECTIONAL TRAINING FACILITY, | ) | |
| Defendant. | ) | |

The Court dismisses this action without prejudice. A judgment is entered accordingly. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/11/11

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\DeRossett886jud.wpd